UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BTG180, LLC, et al.,<br><br>             Plaintiff(s),<br><br>vs.<br><br>FAN CLUB USA, INC., et al.,<br><br>             Defendant(s). | Case No. 2:14-cv-00188-JCM-NJK<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On April 18, 2014, the Court issued an order to show cause in light of the parties' failure to comply with the Local Rules requiring the filing of a proposed discovery plan in this case no later than April 14, 2014. Docket No. 19. The Court has now received a response, which indicates that the parties agreed among themselves that it was best not to conduct discovery in this case until certain motions have been resolved. Docket No. 20. Stipulations that interfere with Court deadlines are not effective absent Court approval. *See, e.g.*, Local Rule 7-1(b). To the extent the parties seek a stay of discovery, they shall file, no later than May 2, 2014, a request for such a stay addressing the relevant considerations. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013); *see also Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011) ("The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending"). Otherwise, the parties shall file a proposed discovery plan no later than May 2, 2014. The order to show cause is hereby DISCHARGED.

IT IS SO ORDERED.

DATED: April 28, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge