UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BTG180, LLC, et al.,<br><br>                     Plaintiff(s),<br><br>vs.<br><br>FAN CLUB USA, INC., et al.,<br><br>                     Defendant(s). | Case No. 2:14-cv-00188-JCM-NJK<br><br>ORDER DENYING STIPULATION<br><br>(Docket No. 22) |

On April 28, 2014, the Court ordered the parties to file any request to stay discovery by May 2, 2014.  Docket No. 21.  The Court further ordered that any such request address the relevant considerations outlined in, *inter alia*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (outlining three considerations).  Pending before the Court now is the parties' stipulation to stay discovery, which does not address those considerations.  Docket No. 22.  Accordingly, the stipulation to stay discovery is hereby DENIED without prejudice.  The parties shall file, no later than May 7, 2014, either a proper request to stay discovery addressing the relevant considerations or a proposed discovery plan.

     IT IS SO ORDERED.

     DATED: May 5, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge