UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BTG180, LLC, | ) |
|                 Plaintiff(s), | )    Case No. 2:14-cv-00188-JCM-NJK |
| vs. | )    ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY |
| FUN CLUB USA, INC., et al., | ) |
|                 Defendant(s). | )    (Docket No. 34) |

Pending before the Court is a motion for Robert Craddock and Sylvia Salgado Craddock to appear telephonically at the hearing set for August 20, 2014.  Docket No. 34.  The motion is hereby GRANTED.  The Craddocks may appear telephonically at that hearing by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing.  The conference code is 123456.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

      IT IS SO ORDERED.

      DATED: August 14, 2014

                                                    _____
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge