# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BTG180, LLC,　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff(s),　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>FUN CLUB USA, INC., et al.,　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendant(s).　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　) | Case No. 2:14-cv-00188-JCM-NJK<br><br>ORDER EXTENDING DEADLINE MOTION TO WITHDRAW AS ATTORNEY |

On August 20, 2014, the Court ordered Defendant Fun Club USA, Inc. to retain new counsel no later than September 19, 2014, and Defendants Robert and Sylvia Craddock to retain new counsel or file a notice that they intend to proceed *pro se* no later than September 19, 2014. *See* Docket No. 36. On September 17, 2014, the chambers of the undersigned received a voicemail from Mr. Craddock seeking advice regarding how to request an extension to those deadlines. As an initial matter, the Court instructs **all parties and counsel to refrain from contacting chambers**. The Local Rules prohibit parties and counsel from engaging in *ex parte* communications with the Court, *see* Local Rule 7-6, and the Court does not provide parties or counsel with legal advice.

Nonetheless, in this instance, the Court will extend the deadlines outlined above. The Court hereby **ORDERS** Defendant Fun Club USA, Inc. to retain new counsel and for that counsel to enter a notice of appearance no later than October 3, 2014. The Court further **ORDERS** Defendants

//

//

Defendants Robert and Sylvia Craddock to have any newly retained counsel file a notice on their behalf or file a notice that they intend to proceed *pro se* no later than October 3, 2014.

IT IS SO ORDERED.

DATED: September 17, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

2