# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BTG180, LLC, et al., | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-00188-JCM-NJK |
| vs. | ) ORDER GRANTING MOTION |
| FAN CLUB USA, INC., et al., | ) (Docket No. 44) |
| Defendant(s). | ) |

Pending before the court is Defendant Zentner's motion for CM/ECF access. Docket No. 44. Defendant Zentner requests the court allow him to use the court's CM/ECF system in order to file, access, and electronically serve documents in this case. For good cause, the motion is hereby **GRANTED**.

Defendant Zentner must comply with the following procedures in order to activate his CM/ECF account:

    a. On or before **November 17, 2014**, Defendant Zentner must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b. Defendant Zentner is not authorized to file electronically unless the certification is filed with the court within the time frame specified.

c.  Upon timely filing of the certification, Defendant Zentner shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

DATED:  October 17, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge