# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BTG180, LLC, et al., | Case No. 2:14-cv-00188-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| FUN CLUB USA, INC., et al., | |
| Defendant(s). | |

On December 8, 2014, United States District Judge James C. Mahan denied the motion to dismiss filed by Defendant Theodore F. Zentner. Docket No. 55. On January 8, 2015, Defendant Zentner filed an answer. Docket No. 56. Since that time, the parties have taken no action in this case. Moreover, the deadlines established in the scheduling order have all long-since expired. *See* Docket No. 25. Accordingly, Plaintiffs and Defendant Zentner are hereby ordered to file a joint status report no later than March 14, 2016.

IT IS SO ORDERED.

DATED: February 29, 2016

NANCY J. KOPPE
United States Magistrate Judge