# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BTG180, LLC, et al., ) | |
|            Plaintiff(s), ) | Case No. 2:14-cv-00188-JCM-NJK |
| vs. ) | ORDER |
| FUN CLUB USA, INC., et al., ) | |
|            Defendant(s). ) | |

Pending before the Court is the joint status report of Plaintiffs and Defendant Zentner. Docket No. 59. The Court hereby ORDERS that Plaintiffs and Defendant Zentner file, no later than June 1, 2016, either (1) dismissal papers as to Defendant Zentner, (2) a status report concerning settlement discussions, or (3) a joint proposed schedule for moving the case forward to resolution as to the claims against Defendant Zentner.

IT IS SO ORDERED.

DATED: March 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge