# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BTG180, LLC, et al., | Case No. 2:14-CV-188 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| FUN CLUB USA, INC., et al., | |
| Defendant(s). | |

Presently before the court are the report and recommendation of Magistrate Judge Koppe. (Doc. #60). No objections were filed, and the deadline for filing objections has passed.

Magistrate Judge Koppe recommended that default judgment be entered on plaintiffs' claims against defendants. (Doc. #60).

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's findings and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003)

**James C. Mahan**
**U.S. District Judge**

1  (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting the view that district courts are
2  not required to review "any issue that is not the subject of an objection."). Thus, if there is no
3  objection to a magistrate judge's recommendation, then this court may accept the recommendation
4  without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a
5  magistrate judge's recommendation to which no objection was filed).

6  Nevertheless, this court finds it appropriate to engage in a *de novo* review to determine
7  whether to adopt the recommendation of the magistrate judge. Upon reviewing the
8  recommendation and underlying briefs, this court finds good cause to ADOPT the magistrate
9  judge's findings in full.

10  Accordingly,

11  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the report and
12  recommendation of Magistrate Judge Koppe, (doc. #60), are ADOPTED in their entirety.

13  IT IS FURTHER ORDERED that plaintiffs shall prepare and file an appropriate judgment
14  for the court's signature.

15  DATED April 29, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -