**LAW OFFICES OF MARK R. SMITH, P.C.**
Mark R. Smith, Esq.
Nevada Bar No. 11872
8565 S. Eastern Avenue #150
Las Vegas, Nevada 89123
Telephone: (702) 518-7625
Facsimile: (702) 475-6453
Email: mark@markrsmithlaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BTG180, LLC, a Nevada limited liability company, and RANDALL JEFFERS, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FUN CLUB USA, INC., a Florida corporation, ROBERT CRADDOCK, an individual, and SYLVIA SALGADO CRADDOCK, an individual; and THEODORE F. ZENTNER, an individual<br><br>　　　　Defendants. | CASE NO.: 2:14-cv-00188-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT THEODORE F. ZENTNER, WITHOUT PREJUDICE** |

It is hereby STIPULATED and AGREED between Plaintiffs BTG180, LLC and Randall Jeffers, by and through their attorney, Mark R. Smith, Esq., of the Law Offices of Mark R. Smith, P.C., and Defendant Theodore F. Zentner, that the above-entitled matter, and all causes of action

/ / /

/ / /

therein, be dismissed without prejudice as to Defendant Theodore F. Zentner *only*, with each party to bear their own costs and attorneys' fees incurred.

    **IT IS SO STIPULATED.**

    Dated this 6th day of June 2016.

| *Respectfully and jointly submitted by*: | *Respectfully and jointly submitted by:* |
|---|---|
| **LAW OFFICES OF MARK R. SMITH, P.C.** | **THEODORE F. ZENTNER** |
| By: __/s/ Mark R. Smith_____ | By: __/s/ Theodore F. Zentner_____ |
| Mark R. Smith, Esq. | Theodore F. Zentner |
| Nevada Bar No. 11872 | Defendant in Proper Person |
| 8565 S. Eastern Avenue #150 | *Theodore.Zentner@att.net* |
| Las Vegas, Nevada 89123 | *Defendant in Proper Person* |
| Telephone: (702) 518-7625 | |
| Facsimile: (702) 475-6453 | |
| Email: mark@markrsmithlaw.com | |
| *Attorneys for Plaintiffs* | |

/ / /

/ / /

/ / /

/ / /

**BTG180, LLC, *et al* v. THEODORE F. ZENTNER**
**CASE NO.: 2:14-cv-00188-JCM-NJK**

### ORDER FOR DISMISSAL

Based upon the foregoing stipulation of the Parties it is hereby ORDERED that the above-entitled matter, and all causes of action therein, be dismissed, without prejudice, as to Defendant THEODORE F. ZENTNER *only*, with each party to bear their own costs and attorneys' fees incurred.

   **IT IS SO ORDERED.**

   Dated June 8, 2016.

   _____
   UNITED STATES DISTRICT COURT JUDGE

*Respectfully submitted by*:

**LAW OFFICES OF MARK R. SMITH, P.C.**

By: __*/s/ Mark R. Smith*_____
   Mark R. Smith, Esq.
   Nevada Bar No. 11872
   8565 S. Eastern Avenue #150
   Las Vegas, Nevada 89123
   Telephone: (702) 518-7625
   Facsimile: (702) 475-6453
   Email: mark@markrsmithlaw.com
   *Attorneys for Plaintiffs*

*Approved as to form and content by*:

**THEODORE F. ZENTNER**

By: __*/s/ Theodore F. Zentner*_____
   Theodore F. Zentner
   Defendant in Proper Person
   *Theodore.Zentner@att.net*
   *Defendant in Proper Person*